**CRIMINAL COMPLAINT**
(Submitted electronically)

| | |
|---|---|
| # United States District Court | **DISTRICT of ARIZONA** |
| **United States of America**<br>v.<br>**Jean-Nathan Reyes**<br>DOB: 1999; U.S. Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>25-12302MJ |

Complaint for violations of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**Count One:** On or about May 10, 2025, in the District of Arizona, defendant, **Jean-Nathan Reyes**, knowing he was subject to a court order issued by Pima County Superior Court on December 7, 2023, under case DV20231966, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, that included a finding that the defendant was a credible threat to the physical safety of the intimate partner, did knowingly possess in and affecting interstate or foreign commerce, a firearm, that is, one (1) New Frontier Armory, model C-9, 9mm caliber rifle; in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).
**Count Two:** On or about September 23, 2025, in the District of Arizona, defendant, **Jean-Nathan Reyes**, knowing he was subject to a court order issued by Pima County Superior Court on December 7, 2023, under case DV20231966, that was issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, that included a finding that the defendant was a credible threat to the physical safety of the intimate partner, did knowingly possess in and affecting interstate or foreign commerce, a firearm, that is, one (1) New England Firearm Co., model Pardner SB1, 12-gauge shotgun; in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
In November 2023, the defendant, Jean-Nathan REYES was served with an Order of Protection under Pima County Superior Court Case DV20231966. REYES contested the order, and a hearing was set for December 7, 2023. The assigned Pima County Superior Court Judge held a hearing on that date, wherein the defendant was present and contested the order. The Judge upheld the order citing "threatening and intimidating behaviors," and notified the defendant that he was now prohibited from possessing firearms under federal law.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| | |
|---|---|
| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *A. Rossi*<br>Digitally signed by ADAM ROSSI Date: 2025.10.28 11:35:30 -07'00'<br><br>  Sworn to telephonically. | **SIGNATURE OF COMPLAINANT (official title)**<br>*Det De La Ossa #44423*<br>**OFFICIAL TITLE**<br>FBI TFO Pierre De La Ossa |
| **SIGNATURE OF MAGISTRATE JUDGE[1])**<br>*Maria S. Aguilera* | **DATE**<br>October 29, 2025 |

[1]) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

The order of protection was for a now terminated intimate partner relationship and does not expire until November 22, 2025. Subsequent to the order being upheld and advisal, Tucson Police Department detectives learned that on May 10, 2025, **REYES** pawned four (4) firearms at Diamondback Shooting Sports, including one (1) New Frontier Armory, model C-9, 9mm caliber rifle, bearing serial number BMD12949. Diamondback Shooting Sports confirmed they still possessed the New Frontier Armory rifle, and detectives later responded and took the firearm into evidence. Additionally, TPD collected a copy of the sales slip which appeared to be signed by **REYES**, as well as a copy of his Arizona Driver's License taken by Diamondback Shooting Sports at the time of the pawning.

On September 23, 2025, investigators received additional information of **REYES** pawning another firearm, one (1) New England Firearm Co., model Pardner SB1, 12-gauge shotgun, bearing serial number NG430984at Liberty Pawnshop Inc. That firearm was collected on September 24, 2025, and placed into evidence. In addition, video surveillance was collected showing **REYES** walking into Liberty Pawnshop with the firearm.

An ATF interstate nexus expert performed a preliminary interstate nexus determination and determined both firearms pawned by **REYES** were not manufactured in the state of Arizona, and thus traveled in interstate and/or foreign commerce